UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAINE MORGAN,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY RIO CONSUMNES CORRECTIONAL CENTER, et al.,<br>Defendants. | No. 2:24-cv-00333-DAD-EFB (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE</u><br><br>(Doc. No. 6) |

Plaintiff Romaine Morgan is a former county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 6 at 2.) Specifically, the magistrate judge concluded that plaintiff had been granted 120 days in which to file an amended complaint to cure identified pleading deficiencies, and plaintiff did not do so within the allotted time. (*Id.* at 1.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

/////

2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 19, 2025 (Doc. No. 6) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **July 24, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE